

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2016

No. 04-16-00618-CV

In re Andrew **MCADOO**, D.O.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

On September 27, 2016, relator filed a petition for writ of mandamus and a motion to stay the trial court's sanctions order.

The Court is of the tentative opinion that a serious question concerning the relief sought in the mandamus petition requires further consideration. Therefore, the Court requests a response be filed on or before **October 12, 2016**. *See* TEX. R. APP. P. 52.8(b)(1).

Relator's motion to stay is GRANTED. The trial court's "Order on Plaintiffs' Amended Motion for Sanctions" signed by the trial court on September 26, 2016, is STAYED pending further order of this Court.

It is so **ORDERED** on September 28, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1]This proceeding arises out of Cause No. 2015CVT002862 D3, styled *K.L.H. and O.J.H., Individually and as Next Friend of J.P.H. v. Dr. Andrew McAdoo*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.